UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-60921-CIV-ZLOCH

JUAN GIRON-CANALES,

    Movant,

vs.                           **FINAL ORDER OF DISMISSAL**

UNITED STATES OF AMERICA,

    Respondent.
_____/

    THIS MATTER is before the Court upon the Report of Magistrate Judge (DE 5) filed herein by United States Magistrate Judge Patrick A. White. No objections to said Report have been filed. The Court has conducted a *de novo* review of the entire record herein and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Report of Magistrate Judge (DE 5) filed herein by United States Magistrate Judge Patrick A. White be and the same is hereby approved, adopted, and ratified by the Court;

    2. Consistent with the terms set forth in Magistrate Judge White's Report (DE 5), the above-styled cause be and the same is hereby **DISMISSED**; and

    3. To the extent not otherwise disposed of herein, all pending motions are hereby **DENIED** as moot.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 27th day of May, 2016.

                                               _____
                                               WILLIAM J. ZLOCH
                                               United States District Judge

Copies furnished:
See Attached Mailing List

<u>JUAN GIRON-CANALES v. UNITED STATES OF AMERICA, Case No. 16-60921-CIV-ZLOCH</u>

The Honorable Patrick A. White
United States Magistrate Judge

All Counsel of Record

Juan Giron-Canales, <u>PRO SE</u>
02854-104
Yazoo City Medium
Federal Correctional Institution
Inmate Mail/Parcels
P.O. Box 5888
Yazoo, MS 39194